798

■ In the Matter of WILLIAM R. HAUSWIRTH, Appellant, against LEO V. LANNING, as Director of the Division of Veterans' Affairs, Respondent.— Motion granted and appeal dismissed, without costs.

■ MARJORIE FILIPKOWSKI, Appellant v. COOPERATIVE P & C FAMILY FOODS, INC., Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of the Probate of the Will of MINNIE KELLOGG, Deceased. — Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. JOHN QUINONES, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ DANTE SAUZZI, Appellant, v. COLLIN S. FEARON et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ LLOYD WOODS, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELYETTE CORNELIOUS, Appellant.—Application for leave to proceed as a poor person denied on the ground that, so far as can be ascertained, no appeal is pending in this court.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES HADLEY, Appellant, against NEW YORK STATE DEPARTMENT OF CORRECTION, Respondent. — Motion granted to appeal on original papers, five typewritten copies of brief and time for argument of appeal enlarged to include May 1960 Term of court, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HOUSTON, Appellant.— Motion granted to the extent that appellant is granted leave to prosecute appeal upon certified copy of judgment roll, and five typewritten briefs, time for argument of appeal enlarged to include May 1960 Term of court and Julian J. Sugarman, Esq. assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERARDO PANTUSCO, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted to extent that appeal may be prosecuted on original papers and five typewritten copies of brief, time for argument of appeal enlarged to include May 1960 Term of court, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE MCNAIR, Appellant.— Motion to appeal on typewritten papers denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PELOW, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRADY REAVES, Appellant, against W. WILKINS, as Warden, Respondent.— Motion to reargue motion to appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. ALBERT F. ECKERT, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK RODRIGUEZ, Appellant.— Motion granted to appeal on certified copy of judgment roll, and five typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE CRUZ, Appellant.—Motion granted to appeal on certified copy of judgment roll and five typewritten briefs.